## AMERICAN CAN CO. v. M. J. B. CO.

## M. J. B. CO. v. AMERICAN CAN CO.

### Nos. 4774, 4812.

Circuit Court of Appeals, Third Circuit.
May 12, 1932.

John C. Carpenter, of Chicago, Ill., for American Can Co.

Richard J. Cook, of Seattle, Wash. (William G. Mahaffy, of Wilmington, Del., of counsel), for M. J. B. Co.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

BUFFINGTON, Circuit Judge.

In the court below, American Can Company (hereafter called American) owner of patent No. 1,750,251, granted March 11, 1930, to J. M. Young, for a "combination tearing strip and friction closure can," filed a bill against the M. J. B. Company (hereafter called M. J. B.) charging the latter with infringement of the third claim thereof. That court held the claim was not infringed. From such decree, American took an appeal, assigning for error the holding of noninfringement, and M. J. B. took an appeal, assigning for error the omission of the court to decree the patent invalid.

The patent concerns a tin container for canned foods and the like. The field for invention was narrow, as will be seen from an opinion in the Ninth Circuit reported in 48 F.(2d) 144, on an earlier case between these parties on a previous patent of Young. The question involved in the present will be understood from the accompanying sketches, one showing the can of the patent, the other the can of the defendant.

DOUBLE SEAM  
USUAL COUNTERSINK  
MOUTH OF CAN BODY  
25 13 14 21 13  
14 TEARING STRIP IN CAN BODY WALL  
NOT EQUIVALENT TO  
22 TEARING STRIP IN OUTER FOLD OF COLLAR  
14 18  
14 18  
SCORE LINES  
X  
FRICTION SEAT WALL OF COVER  
FRICTION WALL OF CAN BODY  
THESE TWO ELEMENTS ARE LACKING IN DEFENDANTS CAN.  
CAN BODY  
CAN BODY  
CAN BODY  
CAN BODY  

NOTE—  
THE SPECIFICATION OF YOUNGS PATENT REFERS TO THIS WALL OR THE COVER THAT BACKS UP THE TEARING STRIP AS "VERTICAL WALL 21". CLAIMS 1 AND 2 REFER TO THIS WALL AS "AN EXTERNAL SHOULDER" THAT EXTENDS INTO THE MOUTH OF THE CAN. CLAIM 3 REFERS TO THIS SAME WALL AS "THE CYLINDRICAL WALL OF THE COVER."

YOUNGS ORIGINAL CAN  
U.S. PAT.-NO. 1586277  
CAN OF PATENT IN SUIT  
U.S. PAT.-NO. 1750251  
DEFENDANTS CAN  

In the prosecution of his application, Young, the patentee, was forced to make as one of the elements of his claim "a friction wall within the can and of diameter less than the diameter of the portion of the body provided with said encircling score line." Such a structure is shown in the sketch by a body bent inwardly upon itself and the bent part located within the container wall. But the sketch of defendant's structure shows the body is bent outwardly upon itself and the bent part located outside the container wall.

In view of these fundamental facts, we are of opinion the court below committed no error in holding defendant's structure did not infringe, and, in view of the fact that the court below thoroughly discussed the whole subject-matter, we refrain from filing an opinion which would be but a restatement of what has already been said. Having found the defendant did not infringe and therefore the bill must be dismissed, the court committed no error in not passing on the question of validity, which would only become pertinent had the defendant infringed.

So holding, both appeals are dismissed.